
FILED

MAR 13 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-115-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| HARRY EDWARD ALLEN, JR. | |
| Defendant. | |

Defendant Harry Edward Allen, Jr., has moved the Court *in limine* to exclude evidence of controlled buys by Allen, Jr., in California after being indicted. (Doc. 64). In its response, the government stated that it does not intend to introduce evidence of the controlled buys in its case in chief, or at all, assuming Allen, Jr., does not open the door to evidence of his controlled buys. (Doc. 70 at 2). Accordingly, IT IS HEREBY ORDERED that Defendant's Motion *in Limine* (Doc. 63), is **GRANTED**.

1

DATED the 12th day of March 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge