

FILED
OCT 12 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARRY EDWARD ALLEN, JR.,<br><br>Defendant. | CR 14-115-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Exclude Witnesses and Unopposed Motion to Continue Sentencing in the Alternative (Doc. 105),

IT IS HEREBY ORDERED that the Defendant's Unopposed Motion to Continue Sentencing is **GRANTED**. The sentencing currently scheduled for October 13, 2017 at 1:30 p.m., is **VACATED** and reset to commence on **Tuesday, November 21, 2017 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that Defendant's Motion to Exclude Witnesses is **DENIED**.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 12th day of October, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE