

FILED

FEB 0 6 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-115-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER GRANTING RULE 17(B) MOTION |
| HARRY EDWARD ALLEN, JR., | |
| Defendant. | |

Defendant has filed a Rule 17(b) Motion (Doc. 121), wherein Defendant seeks issuance of a subpoena pursuant to F. R. Crim. P. 17(b), for attendance of this witness at the time of Defendant's sentencing. The court is satisfied that the defendant is financially unable to pay the fees of the witness and that the presence of said witness is reasonable to an adequate defense. Accordingly,

**IT IS HEREBY ORDERED** that counsel for Defendant shall provide said subpoenas to the Clerk of the U.S. District Court for issuance.

**IT IS FURTHER ORDERED** that the clerk shall issue the subpoena to the following individual, requiring his presence at the sentencing on **Friday,**

1

**February 16, 2018 at 10:30 a.m.** in the Snowy Mountains Courtroom at the United States Courthouse in Billings, Montana:

    Deputy U.S. Marshal Mike Smith
    c/o United States Marshals
    District of Montana
    2601 2nd Avenue North, Ste. 2300
    Billings, MT 59101

The United States Marshal shall serve said subpoena, and the costs and fees of the witness so subpoenaed shall be paid in the same manner in which similar costs and fees are paid in case of witnesses subpoenaed on behalf of the government.

The Clerk is directed to forthwith notify counsel and the U.S. Marshals Service of the making of this order.

DATED this 6th day of February, 2018.

                                                    *Susan P. Watters*
                                                  Susan P. Watters
                                                  United States District Court